**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

KAVIN BURKHALTER,

   Plaintiff,

vs.

GRANT & WEBER, INC.,

   Defendant.

2:14-cv-00026-GMN-VCF

**ORDER**

Before the court is plaintiff's motion for default judgment (#9). On March 31, 2015, Chief Judge Gloria M. Navarro referred this motion to the undersigned Magistrate Judge for a report and recommendation.

In the Declaration of Danny J. Horen (#9-2), paragraph 11, plaintiff's counsel states that he has communicated with, "attorneys for defendant from another case."

IT IS HEREBY ORDERED that plaintiff's motion for default judgment is set for 1:30 p.m., April 30, 2015, in courtroom 3D.

IT IS FURTHER ORDERED as follows:

(1) On or before April 10, 2015, plaintiff must serve, by receipt of copy, a copy of this order and a copy of the motion for default judgment (#9) on the attorney referenced in paragraph 11 of his declaration (#9-2).

(2) Any opposition to the entry the default judgment requested in this motion must be filed on or before April 17, 2015.

(3) If no opposition is filed, the hearing will be vacated, and the court will enter an order granting the motion.

(4)     If an opposition is filed, plaintiff's reply must be filed by April 24, 2015, and the hearing will go forward as scheduled.

DATED this 1st day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE