# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KAVIN BURKHALTER,<br><br>            Plaintiff,<br><br>vs.<br><br>GRANT & WEBER, INC.,<br><br>            Defendant. | 2:14-cv-00026-GMN-VCF<br><br>**ORDER** |

On April 1, 2015, the court set plaintiff's motion for default judgment (#9) for a hearing at 1:30 p.m., April 30, 2015, in courtroom 3D.  Proof of service of plaintiff's motion for default judgment has not been lodged with the court,

Accordingly, IT IS HEREBY ORDERED that the hearing scheduled for 1:30 p.m., April 30, 2015 will go forward as scheduled.

DATED this 28th day of April, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE