# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAVIN BURKHALTER, ) | |
| ) | Case No.: 2:14-cv-00026-GMN-VCF |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| GRANT & WEBER, INC., ) | **JUDGE FERENBACH** |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 14) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered May 5, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by May 22, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that Plaintiff's Motion for Default Judgment (ECF No. 9) be granted. Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 14) is **ACCEPTED and ADOPTED in full.** Plaintiff's Motion for Default Judgment (ECF No. 9) is **GRANTED**. Default judgment shall be entered against Defendant in favor of Plaintiff. Plaintiff shall be awarded $2,225.00 in attorneys' fees and costs and $1,000.00 in statutory damages.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this 5th day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court